# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

EMILIO AGUIRRE, III,

    Plaintiff,

v.                                                               Case No. 08-C-1110

NURSE JUDY MILLER,
NURSE BARBARA OBERHART,
NURSE MARKELLA REED,
and NURSE JO ANN MEDLEY,

    Defendants.

## DECISION AND ORDER

On August 25, 2010, the plaintiff filed a motion for discovery, seeking various medical records and other information. The plaintiff is advised that he may seek discovery of material directly from the defendants by requesting their attorney to produce documents pursuant to federal procedural rules and the scheduling order previously entered in this case. The plaintiff is not required to file a motion with the court to obtain routine discovery.

In addition, all motions to compel discovery require:

a written certification by the movant that, after the movant in good faith has conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action, the parties are unable to reach an accord. The statement must recite the date and time of the conference or conferences and the names of all parties participating in the conference or conferences.

Civil Local Rule 37 (E.D. Wis.). When a party's incarcerated status prevents him from holding a conference with opposing counsel, the parties may confer by letter. Therefore,

**IT IS ORDERED** that the plaintiff's motion for discovery (Docket # 60) be and hereby is **denied without prejudice**.

Dated at Milwaukee, Wisconsin this 26th day of August, 2010.

BY THE COURT:

s/Patricia J. Gorence
PATRICIA J. GORENCE
United States Magistrate Judge